UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TILLOTSON CORPORATION, ) <br> d/b/a BEST MANUFACTURING ) <br> COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action File No: <br> v. ) <br> ) 4:05-cv-00118-HLM <br> SHIJIAZHAUNG HONGRAY PLASTIC ) <br> PRODUCTS, LTD.; GLOVECO, INC.; SAS ) <br> SAFETY CORP.; PERMATEX, INC.; ) <br> AMERCARE, INC.; ISLAND DENTAL CO., ) <br> INC.; and DARBY DENTAL SUPPLY CO., ) <br> ) <br> Defendants. ) <br> ) | |

**SHIJIAZHAUNG HONGRAY PLASTIC PRODUCTS, LTD.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND INSUFFICIENT PROCESS AND SERVICE OF PROCESS**

Defendant Shijiazhaung Hongray Plastic Products, Ltd. ("Hongray"), appearing specially and without subjecting itself to the jurisdiction of this Court, and pursuant to Fed. R. Civ. P. 4, 12(b)(2), and 12(b)(5), hereby moves for an order dismissing this action as to Hongray. Hongray, a P.R. China corporation, has no contacts with the State of Georgia upon which personal jurisdiction properly

can be based. In addition, Plaintiff has failed to serve the Summons and Complaint on Hongray in compliance with Fed. R. Civ. P. 4 and the governing Hague Convention.

As grounds in support of its motion, Hongray incorporates by reference and relies upon its Brief in Support, the Declaration of Meng Qiang Cheng (both filed herewith), and any other documents and papers it subsequently files in connection with this motion.

WHEREFORE, Hongray respectfully requests that the Court grant its motion.

Respectfully submitted this 12th day of December, 2005.

TROUTMAN SANDERS LLP

*/s/ Jeffrey C. Morgan*
Jeffrey C. Morgan
Georgia Bar No. 522667
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308
Tel:  (404) 885-3661
Fax:  (404) 962-6530

**Attorney for Defendant**
**Shijiazhaung Hongray Plastic**
**Products, Ltd.**

## **FONT CERTIFICATION**

I hereby certify that this document is presented in Times New Roman 14.

                                       */s/ Jeffrey C. Morgan*_____
                                       Jeffrey C. Morgan

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TILLOTSON CORPORATION,<br>d/b/a BEST MANUFACTURING<br>COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>SHIJIAZHAUNG HONGRAY PLASTIC<br>PRODUCTS, LTD.; GLOVECO, INC.; SAS<br>SAFETY CORP.; PERMATEX, INC.;<br>AMERCARE, INC.; ISLAND DENTAL CO.,<br>INC.; and DARBY DENTAL SUPPLY CO.,<br><br>            Defendants. | Civil Action File No:<br><br>4:05-cv-00118-HLM |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing

***Shijiazhaung Hongray Plastic Products, Ltd.'s Motion to Dismiss for Lack of***

***Personal Jurisdiction and Insufficient Process and Service of Process*** with the

Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

| | |
|---|---|
| Anthony B. Askew<br>Stephen M. Schaetzel<br>Christopher J. Chan<br>Katrina M. Quicker<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA  30309<br><br>***Attorneys For Plaintiff***<br>***Tillotson Corporation*** | Ronald T. Coleman<br>Christine S. Cox<br>PARKER, HUDSON, RAINER &<br>DOBBS LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, GA  30303<br><br>***Attorneys for Defendant***<br>***Permatex, Inc.*** |

and by first-class mail, postage prepaid, upon counsel of record for the other defendants in this action:

| | |
|---|---|
| Gary M. Anderson<br>FULWIDER PATTON LEE &<br>UTECHT<br>Suite 1550<br>Long Beach, CA 90802<br><br>***Attorney for Defendant***<br>***SAS Safety Corp.*** | B. Craig Killough<br>BARNWELL WHALEY PATTERSON<br>& HELMS, LLC<br>885 Island Park Drive<br>Charleston, SC  29402<br><br>***Attorney for Defendant***<br>***Amercare, Inc.*** |

Richard P. Romeo
SALON MARROW DYCKMAN &
NEWMAN
292 Madison Avenue
New York, NY  10017

***Attorney for Defendants***
***Island Dental Co., Inc. and***
***Darby Dental Supply Co.***

This 12th day of December, 2005.

                                                            */s/ Jeffrey C. Morgan*
                                                            Jeffrey C. Morgan

***Counsel for Defendant***
***Shijiazhaung Hongray Plastic Products, Ltd.***